IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ERIC COTHRELL**,

    Plaintiff,

  v.

**NANCY A. BERRYHILL**,
Acting Commissioner,
Social Security Administration,

    Defendant.

Civil Action No.: 3:15-CV-00775-HZ

ORDER AWARDING ATTORNEY FEES
PER 28 USC 2412(d)

---

    It is hereby ORDERED that pursuant to the Equal Access to Justice Act, 28 USC 2412, an attorney fee in the amount of $14,180.66 is awarded to plaintiff. It is ordered that the attorney fee will be paid to plaintiff's attorney, dependent upon verification that plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If plaintiff has no such debt, then the check shall be made payable to plaintiff's attorney, George J. Wall, and mailed to plaintiff's attorney's mailing address at: 825 NE 20th

Page 1 - ORDER AWARDING ATTORNEY FEES PER 28 USC 2412(d))

George J. Wall
Attorney at Law
825 NE 20th Avenue, Suite 330
Portland, OR 97232
Tel: 503-236-0068
Fax: 503-236-0028

Avenue, Suite 330, Portland OR 97232.  If plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to plaintiff's counsel and mailed to plaintiff's attorney's mailing address stated above.

IT IS SO ORDERED.

Dated: December 7, 2018

_____
Marco A. Hernandez
US District Court Judge

Proposed Order Submitted December 6, 2018

/s/ George Wall
_____
George J. Wall, OSB #934515
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028

Page 2 - ORDER AWARDING ATTORNEY FEES PER 28 USC 2412(d))

George J. Wall
Attorney at Law
825 NE 20th Avenue, Suite 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028